UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

WHITNEY FRAISER,

                                                                                                                                                                                         No. 21 Civ. 850 (CM)

           Plaintiff,

                                                                                                                                                                                         **ORDER**

    -against-

JOHNSON CONTROLS, INC.,

           Defendant.
------------------------------------------------------X

       On May 28, 2021 the Mediator entered a final report notifying the Court that mediation was held and the parties reached agreement on all issues.  (Dkt. 18.)  Neither party has sought to reopen the matter.  The Clerk of Court is therefore directed to close this case.

Dated:  July 21, 2021
        New York, New York

                                                                                                               District Judge

                                                                                                               So Ordered