

**LAW OFFICES OF WILLIAM CAFARO**

William Cafaro, Esq.
Partner
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
Managing Attorney
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
Of Counsel
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

Louis M. Leon, Esq.
Associate
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
Of Counsel
ADMITTED IN NY
Email: mblum@cafaroesq.com

7/23/21
OK.

[signature: Colleen McMahon]

July 21, 2021

**Via Electronic Case Filing**
Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

    Re:    *Frasier v. Johnson Controls, et al.*
           Case No.: 1:21-cv-00850 (CM)

Your Honor:

    This firm represents the Plaintiff in the above-referenced discrimination action against Defendant. We write concerning the Court's Order, dated 7/21/21, and to request that the Court permit the parties to submit a stipulation of dismissal by August 13, 2021.

    The parties arrived at a settlement in principle at mediation, with the understanding that the remaining terms and conditions would be fleshed out in a mutually-agreeable settlement agreement. The parties are still discussing the agreement and, as such, would like to file the stipulation of dismissal by August 13, 2021. We note that, although the mediator filed a final report informing the Court that a settlement had been reached, the Court did not direct the parties to file a stipulation of dismissal by a date certain or enter a conditional Order of dismissal. Accordingly, we respectfully ask that the Court permit the parties to file their formal stipulation of dismissal by the requested date. Prior to making this request, we attempted to contact defense counsel for his input, but we were not able to reach him.

    We thank the Court for its attention and consideration to this request.

                                       Respectfully Submitted,

                                          /s/
                                       Louis M. Leon, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21
```