


*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

August 13, 2021

MEMO ENDORSED

OK
[signature]
8/13/21

**Via Electronic Case Filing**
Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

Re: *Frasier v. Johnson Controls. et al.*
Case No.: 1:21-cv-00850 (CM)

Your Honor:

This firm represents the Plaintiff in the above-referenced discrimination action against Defendant. We write, with Defendant's consent, to request that deadline to submit the stipulation of dismissal, which is today, be extended to August 20, 2021. Presently, Plaintiff has executed the settlement agreement and Defendant is expected to sign sometime next week, after which we will promptly file the stipulation of dismissal. We apologize for not making this request sooner, but we expected to have the agreement fully executed by today.

We thank the Court for its attention and consideration to this request.

Respectfully Submitted,

/s/
Louis M. Leon, Esq.